PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Nasralla, Nyle                                                      Cr.: 05-CR-00476-01

Name of Sentencing Judicial Officer: Dickinson R. Debevoise

Date of Original Sentence: 10/11/05

Original Offense: Manufacturing counterfeit U.S. Currency

Original Sentence: Imprisonment 4 months, Supervised release 3 years. Special conditions: 4 months EM Home Confinement; DNA Testing; Financial Disclosure; New Debt; and No association with defendants in related cases.

Type of Supervision: Supervised Release                         Date Supervision Commenced: 05/19/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

Due to offender's inability to find employment and purchase a phone line.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 08/30/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept 13, 2006
Date

Case 2:05-cr-00476-DRD   Document 46   Filed 09/18/06   Page 2 of 2 PageID: 54

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender agrees to complete his court ordered sanction of four months in a halfway house/community corrections center, instead the same period on home confinement, due to him being unable to find work and purchase a phone line.

Witness: _____  Signed: _____
Senior U.S. Probation Officer                       Probationer or Supervised Releasee
Stanley K. Whetstone                                 Nasralla, Nyle

_____
8-6-06
DATE